UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Case No. 2:24-cv-02069-JPM-cgc |
| v. ) | |
| ) | |
| JOHN DOE subscriber assigned IP ) | |
| address 98.50.176.19, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PLAINTIFF'S NOTICE OF SETTLEMENT AND
VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff Strike 3 Holdings, LLC ("Plaintiff") has settled this matter with John Doe, subscriber assigned IP address 98.50.176.19 ("Defendant"), through Defendant's counsel, Robert Cashman, Esq. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  June 20, 2024                             Respectfully submitted,

<u>/s/ Dawn M. Sciarrino</u>
Dawn M. Sciarrino, Esq.
TN 036649
Sciarrino & Shubert, PLLC
330 Franklin Road, Ste. 135A-133
Brentwood, TN 37027-3280
T: (202) 256-9551
F; (202) 217-3929
E-mail: dawn@sciarrinolaw.com

<u>/s/  Jacqueline M. James     </u>

1

2

                                        Jacqueline M. James, Esq.
                                        NY 2384220.
                                        The James Law Firm, PLLC
                                        445 Hamilton Avenue, Suite 1102
                                        White Plains, New York 10601
                                        T: 914-358-6423
                                        F: 914-358-6424
                                        E-mail: jjames@jacquelinejameslaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 20, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system

                                          By: */s/ Dawn M. Sciarrino*