IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) </br> ) |
| Plaintiff, | ) </br> ) |
| | ) Case No. 2:24-cv-02069-JPM-cgc |
| v. | ) </br> ) |
| JOHN DOE subscriber assigned IP address 98.50.176.19, | ) </br> ) </br> ) |
| Defendant. | ) </br> ) |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on the Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice, filed on June 20, 2024 (ECF No. 19), and the Court having entered an Order of Dismissal (ECF No. 20),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal, this action is **DISMISSED WITH PREJUDICE**.

**APPROVED:**

 /s/ Jon P. McCalla
JON P. MCCALLA
UNITED STATES DISTRICT JUDGE

 June 21, 2024
Date